UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LACHAUNTI WILLIAMS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case Number 16-01854
Criminal Case Number 09-00240
Honorable David M. Lawson

## **JUDGMENT**

In accordance with the opinion and order granting the motion to vacate sentence entered on this date, it is **ORDERED AND ADJUDGED** that the motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **GRANTED** and the judgment of sentence entered on April 23, 2014 is **VACATED**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge
    Sitting by special designation

Date: August 28, 2019